1  Todd M. Friedman (SBN 216752)
   tfriedman@toddflaw.com
2  Adrian R. Bacon (SBN 280332)
   abacon@toddflaw.com
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21550 Oxnard St., Suite 780
4  Woodland Hills, CA 91367
   Telephone: (323) 306-4234
5  Facsimile: (866) 633-0228

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL CONFERENCE MANAGEMENT INC. d/b/a AUSTIN ICM INC., and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. <br><br> 2:21-cv-00163 <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

///

Respectfully submitted this 6th Day of May, 2021,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
By:   s/Adrian R. Bacon
ADRIAN R. BACON Esq.
Attorney for Plaintiff

By:   /s/ Genevieve R. Walser-Jolly , Esq.
Genevieve R. Walser-Jolly , Esq.
Attorneys for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: May 6, 2021   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

1
2  Filed electronically on this 6th Day of May, 2021, with:

3  Notification sent electronically via the Court's ECF system to:

4
5  Honorable Judge of the Court
   United States District Court

6
7  All Counsel of Record as Recorded On The Electronic Service List.

8
   This 6th Day of May, 2021.
9  s/Adrian R. Bacon
10 ADRIAN R. BACON