

FILED
CLERK, U.S. DISTRICT COURT
5/7/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

link 22

JS-6

| | |
|---|---|
| WILLIAM LOFTUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL CONFERENCE MANAGEMENT INC. d/b/a AUSTIN ICM INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br><br>2:21-cv-00163-PSG<br><br>~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. |

  IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 5/7/21

_____
Honorable Judge of the District Court